IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Redmond Jr, Hizzle | Case Number: 04 B 30436 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 8/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 16, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 59,861.57 | |
| Secured: | | 42,593.61 |
| Unsecured: | | 8,850.25 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,006.68 |
| Other Funds: | | 2,711.03 |
| Totals: | 59,861.57 | 59,861.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Washington Mutual Bank FA | Secured | 28,284.20 | 28,284.20 |
| 3. | Washington Mutual Bank FA | Secured | 4,007.33 | 2,605.69 |
| 4. | General Motors Acceptance Corp | Secured | 11,425.97 | 11,425.97 |
| 5. | American General Finance | Secured | 277.75 | 277.75 |
| 6. | General Motors Acceptance Corp | Unsecured | 250.93 | 2,509.34 |
| 7. | Resurgent Capital Services | Unsecured | 39.63 | 396.30 |
| 8. | Capital One | Unsecured | 57.70 | 576.99 |
| 9. | Resurgent Capital Services | Unsecured | 457.88 | 4,578.78 |
| 10. | SBC | Unsecured | 24.89 | 248.87 |
| 11. | ECast Settlement Corp | Unsecured | 54.00 | 539.97 |
| 12. | ADT Security Systems | Unsecured | | No Claim Filed |
| 13. | ACN Communication Services | Unsecured | | No Claim Filed |
| 14. | MCI | Unsecured | | No Claim Filed |
| | | | $ 47,580.28 | $ 54,143.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 507.96 |
| 4% | 151.40 |
| 3% | 87.13 |
| 5.5% | 675.62 |
| 5% | 141.87 |
| 4.8% | 349.20 |
| 5.4% | 1,093.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Redmond Jr, Hizzle | Case Number: 04 B 30436 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 8/17/04 |

$\underline{\phantom{000000000}}$
$ 3,006.68

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

